# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ozan Kivilcim,<br><br>    Petitioner,<br><br>v.<br><br>Warden, Florence Servicing Processing Center, Immigration Detention Center, et al.,<br><br>    Respondents. | No. CV 26-00951 PHX JJT (CDB)<br><br>**ORDER** |

  In an order entered February 11, 2026, the Court ordered counsel for Petitioner to "immediately serve the Petition upon Respondents." (ECF No. 3 at 2). To date there is no return of service as executed in the docket in this matter. Accordingly,

  **IT IS ORDERED that** Petitioner's counsel shall have until **March 6, 2026**, to advise as to the status of service in this matter.

  Dated this 2nd day of March, 2026.

_____
Camille D. Bibles
United States Magistrate Judge