# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Ozan Kivilcim,

               Petitioner,

v.

Warden, Florence Servicing Processing Center, et al.,

               Respondents.

No. CV 26-00951 PHX JJT (CDB)

**ORDER**

**IT IS ORDERED that** the Order to Show Cause at ECF No. 14 is **deemed satisfied**.

**IT IS FURTHER ORDERED that** Petitioner shall have until **April 20, 2026**, to complete service of process on all Respondents.

Dated this 6th day of April, 2026.

Camille D. Bibles
United States Magistrate Judge